CULPEPPER IP, PLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs
ME2 Productions, Inc., and
Venice PI, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 Productions, Inc., and Venice PI, LLC ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> ) <br> Dragon Media, Inc. d/b/a Dragon Box, ) <br> Paul Christoforo, ) <br> John Doe, and ) <br> Jev Balubar ) <br> ) <br> Defendants. ) | **Case No.: 1:17-cv-00320-RLP-NONE** <br> **(Copyright)** <br><br> NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JEV BALUBAR |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT JEV BALUBAR

Plaintiffs ME2 Productions, Inc. and Venice PI, LLC provide notice of their voluntary dismissal under Rule 41(a) of Defendant Jev Balubar **without prejudice**. The Defendant has not answered the third amended complaint. Therefore, this

20-003H

dismissal is pursuant to Rule 41(a)(1)(A)(i).

DATED: Kailua-Kona, Hawaii, February 9, 2018.

CULPEPPER IP, PLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs