CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail:     kculpepper@culpepperip.com

Attorney for Plaintiffs
ME2 Productions, Inc., and
Venice PI, LLC

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| ME2 Productions, Inc., and Venice PI, LLC,<br><br>        Plaintiffs,<br>vs.<br><br>Dragon Media, Inc. et al.<br><br>        Defendants. | **Case No.: 1:17-cv-00320-JMS-RLP**<br>**(Copyright)**<br><br>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION; EXHIBITS 1-6; DECLARATION OF COUNSEL; DECLARATION OF WAYMOND NGAI; DECLARATION OF MICHAEL WICKSTROM; CERTIFICATE OF SERVICE |
|---|---|

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AGAINST DEFENDANTS DRAGON MEDIA INC. D/B/A DRAGON BOX AND PAUL CHRISTOFORO

COME NOW, First Plaintiff ME2 Productions, Inc. and Second Plaintiff Venice PI, LLC, by and through their counsel, move this honorable Court for a preliminary injunction against Defendants Dragon Media Inc. d/b/a Dragon Box

17-320

and Paul Christoforo. This motion is brought pursuant to pursuant to Rule 65(a) of the *Federal Rules of Civil Procedure* and LR 10.2(g).

DATED: Kailua-Kona, Hawaii, April 23, 2018.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiffs