

Mechanic: Resurrection
Closing credits
(C) 2016 ME2 Productions, Inc.
"ME2 PRODUCTIONS, INC. is the author and creator of this motion picture for purposes of copyright and other laws in all countries throughout the world."

Exhibit "1"