ORIGINAL

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | |
|---|---|
| ME2 Productions, Inc. et al.<br>_____<br>*Plaintiff*<br>v<br>Dragon Media, Inc. d/b/a Dragon Box et al.<br>_____<br>*Defendant* | )<br>)<br>)   Civil Action No: 1:17-cv-00320-JMS-RLP<br>)<br>)<br>)<br>) |

JB objections

~~SUMMONS~~ IN A CIVIL ACTION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
APR 26 2018
at 9 o'clock and 31 min. A.M
SUE BEITIA, CLERK
LnS

To: *(Plaintiff's attorney name and address)*   KERRY S. CULPEPPER
75-5737 KUAKINI HIGHWAY
SUITE 102
KAILUA-KONA, HI 96740

I file a general denial to all allegations and assert all available defenses including but not limited to lack of jurisdiction, failure of service as well as all other affirmative defenses.

Date: _____April 26, 2018_____

Jason Barnhart
7452 Makaa Street
Honolulu, HI 96825
808-478-6085
_[signature]_

*Attorney Pro Se*

Clerk of Court

_____

*Signature of clerk or deputy*