ORIGINAL

Jason Barnhart
7452 Makaa Street
Honolulu, HI 96740
Telephone: (808) 478-6085

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 18 2018

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 Productions, Inc. et al. ) | |
| _Plaintiff_ ) | Civil Action No: 1:17-cv-00320-JMS-RLP |
| v ) | |
| Dragon Media, Inc. d/b/a Dragon Box et al. ) | ANSWER TO FOURTH AMENDED COMPLAINT. |
| _Defendant_ ) | |

ANSWER, Pro Se,

Defendant Jason Barnhart, Pro Se, pursuant to this courts request and dated May 2, 2018 answers the fourth amendment complaint as follows:

I.  Defendant Barnhart hereafter refers to as "JB" denies the allegation in paragraphs 1-2-3-4-5-6-7.

II. JB lacks information sufficient to form a belief as to allegation of paragraphs 8-9-10-11-12-13-14-15 and so denies them.

III. JB denies the allegation of paragraphs 16 through 99 inclusive, as he lacks any information concerning these allegations.

## AFFIRMATIVE DEFENSES

JB asserts affirmative defenses, pursuant to Rule 12, FRCP, the following:

(1) lack of subject-mater jurisdiction;

(2) lack of personal jurisdiction;

(4) insufficient process;

(5) insufficient service of process;

(6) failure to state a claim upon which relief can be granted; and

(7) failure to join a party under Rule 19.

Date:   May 18, 2018                                    Jason Barnhart
_____                          _____
                                                      *Attorney Pro Se*