Jason Barnhart
7452 Makaa Street
Honolulu, HI 96740
Telephone: (808) 478-6085

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 26 2018

at 11 o'clock and 55 min. A M.
SUE BEITIA, CLERK

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 Productions, Inc. et al. ) | |
| ) | |
| *Plaintiff* ) | Civil Action No: 1:17-cv-00320-JMS-RLP |
| v ) | |
| Dragon Media, Inc. d/b/a Dragon Box et al. ) | ANSWER TO FOURTH AMENDED COMPLAINT. |
| ) | |
| *Defendant* ) | |

### Response to Second Motion to Strike

Defendant Jason Barnhart, Pro Se is unable to afford an attorney for legal advice or representation. My wife and 2 kids (10&12) live paycheck to paycheck. We have no other money that can be used we just get by to provide for our family. No savings, no 401k's, Etc. I was not able to borrower funds to pay for legal services. I would like to state that I honestly and simply have no idea what is going on at this point. I have not done anything, I have no money and are simply at a loss as to how the court expects me to respond when I am clueless except to explain that I am wholly blameless. I have no information that would in any way assist the court in the present context. I've been put into this situation as a pond according to the plaintiffs' lawyer due to a social network and then added me to the 4th amendment due to not being able to provide any cooperation.

Defendant Barnhart request motion to dismiss defendant Barnhart from the fourth amended complaint.

Date: June 26, 2018

Jason Barnhart

*Attorney Pro Se*