CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile:  (202) 204-5181
E-Mail:     kculpepper@culpepperip.com

Attorney for Plaintiffs
ME2 Productions, Inc., and
Venice PI, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| ME2 Productions, Inc., and Venice PI, LLC | ) ) ) | **Case No.: 1:17-cv-00320-JMS-RLP** (Copyright) |
|---|---|---|
| Plaintiffs, vs. | ) ) ) ) | **STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT NAINO BETTENCOURT** |
| DRAGON MEDIA, INC. et al. | ) ) | |
| Defendants. | ) ) ) ) ) | |

   As attested to by the signatures of the Defendant and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint stipulation.

   Plaintiffs ME2 PRODUCTIONS, LLC. and VENICE PI, LLC (hereafter "Plaintiffs"), have filed a Complaint against Defendant Naino Bettencourt DBA

17-320

Dragon Box HI (hereafter: "Defendant") of Honolulu, Hawaii among others.

Plaintiffs complain and allege than Defendant induced infringement of their motion pictures *Mechanic: Resurrection* and *Once Upon a Time in Venice* in violation of U.S. copyright law.

The parties, after conferral and investigation, now appear, Defendant *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in the Fourth Amended Complaint [Doc. # 79].

3. Defendant denies liability.

4. Pursuant to the settlement agreement of the parties, the below Permanent Injunction is to be entered against Defendant Naino Bettencourt.

**PERMANENT INJUNCTION**

Defendant is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures,

including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs;

Defendant is ORDERED to refrain from knowingly and willfully using the Internet for copying, downloading content or inducing streaming of content in violation of U.S. copyright law.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant Naino Bettencourt DBA Dragon Box HI.

APPROVED AND SO ORDERED,

DATED:  Honolulu, Hawaii, June 28, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiffs

/s/ Kerry S. Culpepper
Kerry S. Culpepper, Bar No. 9837
Email: kculpepper@culpepperip.com
Culpepper IP, PLLC
75-5737 Kuakini Hwy
Suite 102
Kailua Kona, HI 96740

On Behalf of Defendant

Naino Bettencourt
Email: Kuanalu@hotmail.com
344 Kuanalu Pl
Honolulu, Hawaii 96825