CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-5737 Kuakini Highway, Suite 102
Kailua-Kona, Hawai'i 96740
Telephone: (808) 322-3389
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com

Attorney for Plaintiffs
ME2 Productions, Inc., and
Venice PI, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 Productions, Inc., and Venice PI, LLC<br><br>　　　　Plaintiffs,<br>vs.<br>DRAGON MEDIA, INC. et al.<br>　　　　Defendants. | Case No.: 1:17-cv-00320-JMS-RLP<br>(Copyright)<br><br>**STIPULATED CONSENT JUDGMENT BETWEEN PLAINTIFFS AND DEFENDANT JASON BARNHART d/b/a/ Dragon Box-Hawaii Kai** |

As attested to by the signatures of the Defendant and counsel for the Plaintiffs below, this matter comes before the Court on the parties' joint stipulation.

Plaintiffs ME2 PRODUCTIONS, LLC. and VENICE PI, LLC (hereafter "Plaintiffs"), have filed a Complaint against Defendant JASON BARNHART d/b/a/

17-320

Dragon Box-Hawaii Kai (hereafter: "Defendant") of Honolulu, Hawaii among others.

Plaintiffs complain and allege than Defendant induced infringement of their motion pictures *Mechanic: Resurrection* and *Once Upon a Time in Venice* in violation of U.S. copyright law.

The parties, after conferral and investigation, now appear, Defendant *pro se* and Plaintiffs through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiffs have valid and enforceable copyrights in the original copyrighted works as identified in the Fourth Amended Complaint [Doc. # 79].

3. Defendant denies liability. However, Defendant concedes that he held himself out to the public as a licensed reseller of streaming devices made by Defendant Dragon Media, Inc. and sold said streaming devices to the public.

4. Pursuant to the settlement agreement of the parties, the below Permanent Injunction is to be entered against Defendant JASON BARNHART.

## PERMANENT INJUNCTION

Defendant is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiffs' rights in their motion pictures, including without limitation by using the Internet to reproduce or copy any of Plaintiffs' motion pictures, except pursuant to a lawful written license from Plaintiffs;

Defendant is ORDERED to refrain from directly or indirectly selling any of said streaming devices made by Defendant Dragon Media, Inc. including but not limited to the Dragon Box DB4 and the Dragon Box DB5 until notified by Plaintiffs' counsel that a software modification has been performed to said streaming devices; and

Defendant is ORDERED to refrain from knowingly and willfully using the Internet for copying, downloading content or inducing streaming of content in violation of U.S. copyright law.

Except as provided herein, each party is to bear their own costs and fees. With entry of this Consent Judgment, this matter is terminated with respect to Defendant JASON BARNHART d/b/a/ Dragon Box-Hawaii Kai with prejudice.

APPROVED AND SO ORDERED.

DATED:  Honolulu, Hawaii, June 29, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

So Stipulated and Respectfully Submitted:

On Behalf of Plaintiffs                                  Defendant *pro se*

/s/ Kerry S. Culpepper                                   _____
Kerry S. Culpepper, Bar No. 9837                         JASON BARNHART
Email: kculpepper@culpepperip.com                        Email: jdb808hk@gmail.com
Culpepper IP, LLLC                                       7452 Makaa Street
75-5737 Kuakini Hwy                                      Honolulu, Hawaii 96740
Suite 102
Kailua Kona, HI 96740

4