UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ME2 Productions, Inc. et al., | **Case No.: 1:17-cv-00320-JMS-RLP** **(Copyright)** |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41 AND ORDER** |
| Dragon Media, Inc. d/b/a Dragon Box et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs ME2 Productions, Inc., and Venice PI, LLC and Defendants DRAGON MEDIA, INC. d/b/a Dragon Box and PAUL CHRISTOFORO (hereafter: "Defendants"), through their respective attorneys, that pursuant to Rules 41(a)(1)(ii) and 41(a)(2) of the Federal Rules of Civil Procedure, this action and all claims asserted herein by Plaintiffs against Defendants be and is hereby dismissed with prejudice, each party to bear any remaining costs and attorneys' fees other than the amounts already paid pursuant to a Settlement and Release Agreement ("Settlement Agreement") executed between the parties.

This Stipulation has been executed by Plaintiffs' counsel and Defendants'

counsel. This Court will retain jurisdiction until June 30, 2019 for the purposes of enforcing the Settlement Agreement.

Dated: Kailua-Kona, Hawaii, July 2, 2018.

/s/ Kerry S. Culpepper
KERRY S. CULPEPPER, 9837

Attorney for Plaintiffs ME2
Productions, Inc., and Venice PI, LLC

Dated: San Diego, California, July 2, 2018.

/s/ *Matthew J. Faust*
Matthew J. Faust, Cal. Bar 254145
Admitted *Pro Hac Vice*
Attorney for Defendants Dragon
Media, Inc. d/b/a Dragon Box
and Paul Christoforo

Dated: Honolulu, Hawaii, July 2, 2018.

/s/ *Eric Seeleman*
Eric Seeleman, Bar No. 9998
Attorney for Defendants Dragon
Media, Inc. d/b/a Dragon Box
and Paul Christoforo

APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, July 2, 2018.



            /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

_____
ME2 Productions, Inc, et al. v. Dragon Media, Inc. et al,
Case No.: 1:17-cv-00320-JMS-RLP, STIPULATION OF DISMISSAL; AND ORDER